# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY GARRETT BROWN, ) | |
| ) | |
| Petitioner, ) | Case No. 1:09-cv-146-SJM-SPB |
| ) | |
| v. ) | |
| ) | |
| R.M. LAWLER, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM ORDER

The instant petition for writ of habeas corpus was received by the Clerk of Court on June 15, 2009 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Report and Recommendation, filed on March 8, 2011 [15], recommends that the instant petition for writ of habeas corpus be dismissed for lack of subject matter jurisdiction and that a certificate of appealability be denied. The parties were allowed fourteen (14) days from the date of service in which to file objections. Petitioner filed his objections [16] on March 21, 2011.

After de novo review of the petition and documents in the case, together with the Report and Recommendation and Petitioner's objections thereto, the following order is entered:

AND NOW, this 5th Day of April, 2011;

IT IS ORDERED that the instant petition for writ of habeas corpus be, and hereby is, DISMISSED for lack of subject matter jurisdiction. Inasmuch as reasonable jurists would not find it debatable whether this Court lacks subject matter jurisdiction over the instant habeas corpus petition, IT IS FURTHER ORDERED that no certificate of appealability shall issue.

The Report and Recommendation of Magistrate Judge Baxter, filed on March 8, 2011 [15], is adopted as the opinion of the Court.

                                                          s/ <u>Sean J. McLaughlin</u>
                                                              SEAN J. McLAUGHLIN
                                                              United States District Judge

Cm:    All parties of record.

        U.S. Magistrate Judge Susan Paradise Baxter